UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

                      Case No. 07-20411

vs.

                      HON. GEORGE CARAM STEEH

D-5 ERNEST TYRONE HAYES,

        Defendant(s).
_____/

## ORDER DENYING MOTION FOR MODIFICATION OF SENTENCE

On November 28, 2011 the defendant filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). He previously had filed a Notice of Appeal on October 3, 2011 which is pending before the Sixth Circuit Court of Appeals. Jurisdiction has transferred to the Court of Appeals, therefore,

**IT IS ORDERED** that the defendant's motion is denied without prejudice.

                          s/George Caram Steeh
                          GEORGE CARAM STEEH
                          UNITED STATES DISTRICT JUDGE

Dated: January 9, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record and
Ernest Tyrone Hayes, #42179-039, P.O. Box 1000, Whitedeer, PA 17887 on
January 9, 2012, by electronic and/or ordinary mail.

                          s/Marcia Beauchemin
                          Case Manager/Deputy Clerk