UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                Criminal Case No. 07-20411
                                HON. GEORGE CARAM STEEH
vs.

ERNEST HAYES,

    Defendant.
_____/

ORDER DENYING APPLICATION FOR APPOINTMENT OF COUNSEL (Doc. # 232)

Defendant Hayes pleaded guilty to maintaining a drug establishment in violation of 21 U.S.C. § 856(a)(1) and was sentenced to 120 months imprisonment in 2009. Since then, Hayes has filed an unsuccessful 28 U.S.C. § 2255 motion and several unsuccessful motions to reduce his sentence based on the amendments to the crack cocaine sentencing guidelines. In June 2012, the court prohibited Hayes from filing any further "motion or request for reduction in sentence based on the crack guideline amendment."

Hayes now requests the appointment of counsel, despite the above quoted order, and without any proceedings pending in this court. That request is, accordingly, **DENIED**.

**IT IS SO ORDERED**.

Dated: December 17, 2012

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Ernest Hayes #42179-039 at FCI Allenwod, P. O. Box 2000, Whitedeer, PA 17887-2000 on December 17, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk